FILED
February 21, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
                Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | **I N D I C T M E N T** Case No: EP:24-CR-00363-DB |
| Plaintiff, | § § | CT 1: 18 U.S.C. § 2252(a)(2)—Receipt of a Visual Depiction Involving the Sexual Exploitation of a Minor |
| v. | § § § | |
| MARCOANTONIO BARRON, | § § | CT 2: 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) Possession of a Visual Depiction Involving the Sexual Exploitation of a Minor (Prepubescent/Under 12 Years of Age) |
| Defendant. | § § § § | |
| | § § | *Notice of Government's Demand for Forfeiture* |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
Receipt of a Visual Depiction
Involving the Sexual Exploitation of a Minor
(18 U.S.C. §§ 2252(a)(2) and (b)(1))

Beginning on or about October 1, 2020, and continuing to and including April 14, 2021, in the Western District of Texas, the Defendant,

**MARCOANTONIO BARRON,**

did knowingly receive any visual depiction using any means or facility of interstate or foreign commerce that had been transported in or affecting interstate or foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**COUNT TWO**
**Possession of Child Pornography)**
**[Prepubescent/Under 12 Years of Age]**
**(18 U.S.C. §§ 2252(a)(4)(B) and (b)(2))**

On or about January 25, 2024, in the Western District of Texas, the Defendant,

**MARCOANTONIO BARRON,**

did knowingly possess at least one matter which contains any visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), which visual depiction had been transported using any means and facility of interstate and foreign commerce, had been transported in interstate and foreign commerce, and was produced using materials which had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and the production of which involved the use of a minor engaging in sexually explicit conduct, said minor being prepubescent and having not attained the age of 12 years, and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE**
[*See* **Fed. R. Crim. P. 32.2**]

**I.**
**Receipt and Possession of a Visual Depiction Involving the**
**Sexual Exploitation of a Minor Violation and Forfeiture Statutes**
**[Title 18 U.S.C. §§ 2252(a)(2), (b)(1), (a)(4)(B), and (b)(2) subject to**
**criminal forfeiture pursuant to Title 18 U.S.C. §§ 2253(a)(1), (2) and (3)]**

As a result of the foregoing criminal violations set forth above, the United States of America gives notice to Defendant **MARCOANTONIO BARRON** of its intent to seek the forfeiture of the property described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. §§ 2253(a)(1), (2), and (3), which state:

**Title 18 U.S.C. § 2253. Criminal forfeiture**

**(a) Property subject to criminal forfeiture.** -A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-

**(1)** any visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;
**(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
**(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

This Notice of Demand for Forfeiture includes but is not limited to the property described below in Paragraph II.

## II.
## Property

1. Toshiba laptop, model Satellite L955, serial number YC090852Q;
2. Hitachi 640 GB Internal Storage Media, model 5K1000-640, serial number 120915J815007MG1N40B; and
3. Any and all other property involving any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney